# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| VLADIMIA D. KERR,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendant. | 2:18-cv-02166-RFB-VCF<br>**ORDER** |

    Before the court is the Notice of Settlement Between Vladimia D. Kerr and Equifax Information Services, LLC (ECF No. 6).

    Accordingly,

    IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before February 15, 2019.


    DATED this 6th day of December, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE